IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY SCOTT CLEGG. #276457, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-66-WHA |
| | ) | |
| CASSANDRA CARLTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 3, 2016, the Magistrate Judge filed a Recommendation that the motion for preliminary injunction filed by the plaintiff be denied. No timely objections have been filed to this Recommendation. Upon an independent evaluation and *de* novo review of the file in this, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #16) is ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. #13) is DENIED.

3. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 30th day of March, 2016.

　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE